UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>      Plaintiff  )<br>           )<br>V.             )<br>           )<br>$151,530 IN UNITED STATES     )<br>CURRENCY,      )<br>      Defendant  ) | Civil Action No. 09 CA 10112 NG |

## ANSWER OF CLAIMANT FREDERICK S. STEARNS TO PLAINTIFF'S VERIEFIED COMPLAINT FOR FORFEITURE IN REM

Now comes Frederick S. Stearns, the Claimant in the above-entitled action, by and through his attorney, Alfred E. Saggese, Jr., and responds to the Plaintiff's Verified Complaint for Forfeiture in Rem as follows:

1. Denied.

2. The Claimant admits that on September 10, 2008 the defendant property consisting of $151,530 in United States currency was seized from him in Massachusetts. The Claimant denies the remaining allegations contained in Paragraph 2.

3. Denied.

## AFFIRMATIVE DEFENSES

1. This court lacks jurisdiction of this action because the Claimant sought return of the property in the Lynn District Court in the Commonwealth of Massachusetts prior to the Plaintiff's notice of intent to forfeit and prior to the institution of this action. The Lynn District Court has ordered the return of a portion of the property

Case 1:09-cv-10112-NG   Document 8   Filed 03/13/09   Page 2 of 3

to the Claimant.  As a result, the state court has jurisdiction to the exclusion of this court. <u>Commonwealth v. Rufo</u>, 429 Mass. 380, 382 (1999); <u>Penn Gen. Cas. Co. v. Pennsylvania ex rel. Schnader</u>, 294 U.S. 189, 195 (1992).

2. The Plaintiff lacks probable cause for the institution of this forfeiture action.

3. The forfeiture is constitutionally excessive and violates the Excessive Fines Clause of the Eighth Amendment to the U.S. Constitution.

4. The Plaintiff unreasonably delayed in filing this forfeiture action.

5. The property was illegally seized from the Claimant in violation of constitutional guarantees.

6. The Plaintiff has failed to state a claim for which relief can be granted.

7. The Plaintiff is guilty of a violation of law which contributed to the illegal seizure of the property.

**WHEREFORE**, the Claimant, Frederick S. Stearns, prays that this court will:

1. Deny the relief sought by the Plaintiff, and dismiss Plaintiff's Verified Complaint for Forfeiture in Rem with prejudice;

2. Enter judgment in favor of the Claimant and order restitution and possession of the defendant property to the Claimant;

3. Award the Claimant his costs and reasonable Attorney's fees associated with defending this action; and

4. Grant such other relief as the court deems just and proper.

THE CLAIMANT DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

|  |  |
|---|---|
|  | Claimant, |
|  | Frederick S. Stearns, |
|  | By his attorney, |
|  |  |
|  | //s// Alfred E. Saggese, Jr. |
|  | ALFRED E. SAGGESE, Jr. |
|  | albigaes@comcast.net |
|  | 40 Court Street, Suite 700 |
|  | Boston, MA  02108 |
| Dated:  March 13, 2009 | (617) 742-9191 |

## CERTIFICATE OF SERVICE

I, Alfred E. Saggese, Jr., Esq., hereby certify that on this date I caused a copy of the foregoing document to be served upon all parties/counsel of record through the ECF system.

|  |  |
|---|---|
|  | //s// Alfred E. Saggese, Jr. |
|  | ALFRED E. SAGGESE, Jr. |
| Dated:  March 13, 2009 |  |